NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1368

WYETH HOLDINGS CORPORATION and WYETH,

Plaintiffs-Appellants,

v.

Kathleen Sebelius, SECRETARY OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF HEALTH AND HUMAN SERVICES, Dr. Margaret Hamburg, COMMISSIONER OF FOOD AND DRUGS, UNITED STATES FOOD AND DRUG ADMINISTRATION, David Kappos, ACTING UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY and DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE, and UNITED STATES PATENT AND TRADEMARK OFFICE,

Defendants-Appellees.

Appeal from the United States District Court for the District of Columbia in case nos. 08-CV-00981, Judge Henry H. Kennedy, Jr.

ON MOTION

ORDER

The United States moves without opposition for an extension of time, until November 12, 2009, to file its brief and for an extension of time, until December 9, 2009, for Wyeth Holdings Corporation and Wyeth to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

NOV 13 2009
_____
Date

cc: Randolph D. Moss, Esq.
Howard S. Scher, Esq.
s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOV 13 2009

JAN HORBALY
CLERK